U.S. DISTRICT COURT N.D. OF N.Y.
FILED
DEC 17 2010
AT____O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

IT IS SO ORDERED.

*Norman A. Mordue*
Norman A. Mordue
Chief Judge

Dated: December 17, 2010

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

GERALDINE ROBILOTTO and DOMINICK ROBILOTTO,

          Plaintiffs,

-against-

BIG LOTS STORES, INC.,

          Defendant.

**STIPULATION OF DISCONTINUANCE OF DOMINICK ROBILOTTO'S CLAIMS**
Civil Case No.: 6:10-CV-00307 (NAM-GHL)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, claims of plaintiff Dominick Robilotto be and the same are hereby discontinued as against defendant Big Lots Stores, Inc., on the merits, with prejudice, and without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

DATED: 11/22/10

LAW OFFICES OF
ANTHONY J. LA FACHE, ESQ.

By: ANTHONY J. LA FACHE
Bar Roll No.: 102002
Attorneys for Plaintiffs
288 Genesee Street - Suite #2
Utica, NY 13502
E-Mail: alafache@yahoo.com

DATED: 11/23/10

CARTER, CONBOY, CASE, BLACKMORE, MALONEY & LAIRD, P.C.

By: WILLIAM J. DECAIRE
Bar Roll No.: 511568
Attorneys for Defendant
20 Corporate Woods Boulevard
Albany, NY 12211-2362
E-Mail: wdecaire@carterconboy.com